## WOODINGTON *v.* WISCONSIN.

No. 801.  Decided February 13, 1967.

*Jack R. De Witt* for appellant.

*Bronson C. La Follette,* Attorney General of Wisconsin, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## WEISS ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.

No. 904.  Decided February 13, 1967.

*William D. Zabel* and *Melvin L. Wulf* for appellants.

*Solicitor General Marshall* for appellees.

PER CURIAM.

The judgment of the court below is vacated and the case is remanded to the United States District Court for the Southern District of New York with instructions to dismiss the complaint as moot.